IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERTO LAZARUS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:09-cv-521 WDS |
| ) | |
| RIDES MASS TRANSIT DISTRICT and ) | |
| JANET PERKINS, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Currently pending before the Court is a Motion to Compel filed by Janet Perkins (Doc. 24). The Court held a status conference in the matter on July 21, 2010. As discussed at that conference, the Motion to Compel is **GRANTED**, as specified below.

1. Plaintiff is ordered to supplement Defendant's Interrogatories 1 and 3 regarding his jobs at Labor Connection and his self-employment.

2. Plaintiff is ordered to provide Defendant with earnings information for three years prior to his employment at Rides Mass Transit.

3. Plaintiff is ordered to supplement Interrogatory 2 with information about his efforts to obtain employment after October 31, 2008.

4. Plaintiff is ordered to supplement Interrogatory 7 with information about the extent of his damages, stating specifically what he is asking to be compensated for.

5. Plaintiff is ordered to provide the Defendant with information and documents in his possession about biannual physicals given by the Department of Transportation.

6. Plaintiff is ordered to provide medical authorizations for the physicians who performed the biannual physicals.

7. Plaintiff is ordered to provide Defendant authorizations for employment records for ten years, that is from 1998 through 2008.

8. Plaintiff is ordered to supplement Defendant's requests for production.

9. Plaintiff is ordered to verify, using the form provided by Defendant, his answers to interrogatories and responses to requests for production.

10. Plaintiff is ordered to supplement; respond to interrogatories; and produce documents, authorizations, and verifications as outlined above by **August 4, 2010**.

**IT IS SO ORDERED.**

**DATED:  July 21, 2010**

<u>s/ *Donald G. Wilkerson*</u>
**DONALD G. WILKERSON**
**United States Magistrate Judge**